**AFFIRMED and Opinion Filed December 28, 2022**



In the
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00094-CR**

**No. 05-22-00095-CR**

**JESSICA NICOLE SHEREN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause Nos. 2020-1-0623, 2021-1-0630**

## MEMORANDUM OPINION

Before Justices Molberg, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Jessica Nicole Sheren appeals her convictions of two counts of misdemeanor family violence assault.[1] After a bench trial, the trial court sentenced her to two hundred days' confinement on each count, to run concurrently.

Ms. Sheren's attorney has filed a brief in which he concludes Ms. Sheren's appeal is wholly frivolous and without merit.[2] *See Anders v. California*, 386 U.S.

---

[1] *See* TEX. PENAL CODE § 22.01(a).

[2] Although counsel's brief complied with *Anders*, it is unclear whether counsel complied with the requirements imposed by *Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014). Regardless, the

738 (1967). The brief presents a professional evaluation of the record and shows why there are no arguable grounds for an appeal. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). We advised Ms. Sheren of her right to file a pro se response, and she has not filed a response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit, finding nothing in the record that might arguably support the appeal. We therefore affirm the trial court's judgment.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

220094f.u05
220095f.u05
Do Not Publish
Tex. R. App. P. 47.2(b)

---

Clerk of Court sent Ms. Sheren a letter, attaching copies of counsel's brief and motion to withdraw, informing Ms. Sheren of her rights and addressing any deficiencies in counsel's correspondence. Under these circumstances, any failure by counsel to comply with *Kelly*'s requirements is harmless.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JESSICA NICOLE SHEREN,
Appellant

No. 05-22-00094-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at
Law No. 1, Grayson County, Texas
Trial Court Cause No. 2020-1-0623.
Opinion delivered by Justice Carlyle.
Justices Molberg and Partida-Kipness
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.

Judgment entered this 28th day of December, 2022.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JESSICA NICOLE SHEREN,
Appellant

No. 05-22-00095-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1, Grayson County, Texas Trial Court Cause No. 2021-1-0630. Opinion delivered by Justice Carlyle. Justices Molberg and Partida-Kipness participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 28th day of December, 2022.